Filed 11/9/10 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

2010 ND 207

In the Interest of R.J., G.J., H.J., and D.J., Children 

-------------------

Laura Davison, L.S.W., Cass 

County Social Services, Petitioner and Appellee

v.

H.J., Respondent and Appellant

-------------------

Director, Cass County Social

Services, J.J., R.J., G.J., H.J., D.J., 

and Kathy Kassenborg, Guardian ad Litem,            Respondents

Nos. 20100298 - 20100301

In the Interest of A.J. and B.G., Children 

-------------------

Laura Davison, L.S.W., Cass 

County Social Services, Petitioner and Appellee

v.

H.J., Respondent and Appellant

------------------- 

Director, Cass County Social

Services, J.G., A.J., B.G., 

and Kathy Kassenborg, Guardian ad Litem,            Respondents

Nos. 20100302 & 20100303

Appeals from the Juvenile Court of Cass County, East Central Judicial District, the Honorable Douglas R. Herman, Judge.

AFFIRMED.

Per Curiam.

Pam H. Ormand, Assistant State’s Attorney, P.O. Box 3106, Fargo, N.D. 58108-3106, for petitioner and appellee.

Douglas W. Nesheim, 15 9th St. S., Fargo, N.D. 58103-1830, for respondent and appellant.

Interest of R.J., G.J., H.J., D.J., A.J., and B.G.
, 

Nos. 20100298 - 20100303

Per Curiam.

[¶1] H.J. appeals from the juvenile court’s order terminating her parental rights to her six minor children.  On appeal, she argues the juvenile court erred by concluding the deprivation of the children was likely to continue and the children would probably suffer serious harm absent termination of parental rights.  We affirm under N.D.R.App.P. 35.1(a)(2). 

[¶2] Gerald W. VandeWalle, C.J.

Mary Muehlen Maring

Daniel J. Crothers

Dale V. Sandstrom

Carol Ronning Kapsner